IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: |
| ROBERT ROSADO<br>a/k/a "Roberto" | :<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 912 (false impersonation of a federal officer – 1 count)<br>18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce – 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 8, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ROBERT ROSADO,**
a/k/a "Roberto,"

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an immigration officer, and in such assumed and pretended character did act as such, in that he falsely stated that he was an immigration officer engaged in an operation to locate illegal aliens and he restrained the victim.

In violation of Title 18, United States Code, Section 912.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times relevant to this indictment:

1. ESPN Auto Repair Inc., located at 6400 Harbison Avenue, Philadelphia, Pennsylvania, was a car repair and maintenance business that engaged in interstate commerce by repairing and maintaining vehicles manufactured and transported from other states to Pennsylvania and providing for sale commodities produced and transported from other states to Pennsylvania and sold to customers.

2. On or about June 8, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ROBERT ROSADO,**
**a/k/a "Roberto,"**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, in that defendant ROBERT ROSADO, a/k/a "Roberto," unlawfully took and obtained $1000.00 in United States currency, from an employee of ESPN Auto Repair Inc., against her will, by means of actual and threatened force, violence, and fear of injury, immediate

and future, to her person and property, that is, by controlling and restraining the victim, and stealing money.

In violation of Title 18, United States Code, Sections 1951(a).

A TRUE BILL:

███████████
_____
**GRAND JURY FOREPERSON**

*[signature]* /FOR
_____
**DAVID METCALF**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

ROBERT ROSADO
a/k/a Roberto

### INDICTMENT

**18 U.S.C. § 912 (false impersonation of a federal officer – 1 count)**
**18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce – 1 count)**



Filed in open _____
Of _____